IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DALE EASLEY, et al.,

    Plaintiffs,                      No. CIV S-05-1663 LKK KJM P

    vs.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.                  <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiffs have filed a civil rights action under 42 U.S.C. § 1983. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). The court has reviewed plaintiff's complaint and it does not appear that this court is the proper venue for this action.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiffs show cause within twenty days of this order why this action should not be dismissed for improper venue.

DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
easl1663.21