IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DALE EASLEY, et al.,

    Plaintiffs,                               No. CIV S-05-1663 LKK KJM P

    vs.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.                             <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        A recent court order was served on plaintiff Easley's address of record and returned by the U.S. Postal Service. It appears that plaintiff Easley has failed to comply with Local Rule 83-182(b), which requires that a party appearing in propria persona inform the court of any address change. Therefore, the court will recommend that plaintiff Easley be dismissed.

        On October 26, 2005, the court ordered plaintiff Withrow to show cause why this action should not be dismissed because the Eastern District is not a proper venue for Withrow's claims. Withrow has not responded to the court's order to show cause. Therefore, the court will also recommend that plaintiff Withrow be dismissed from this action under Federal Rule of Civil Procedure 41(b) for failing to comply with court orders.

/////

/////

1

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Plaintiffs Easley and Withrow be dismissed from this action; and

2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiffs may file written objections with the court.  Each document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
easl1663.33a