IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DALE EASLEY, et al.,

    Plaintiffs,                   No. CIV S-05-1663 LKK KJM P

    vs.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.               <u>ORDER</u>

                              /

        Plaintiffs filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 3, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within twenty days. Neither plaintiff has filed objections to the findings and recommendations.

        Although it appears from the file that plaintiff Easley's copy of the findings and recommendations was returned, plaintiff Easley was properly served. It is a plaintiff's responsibility to keep the court apprised of his or her current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations filed
2  by the magistrate judge on May 3, 2006 to be supported by the record and by the magistrate
3  judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:
4      1. The findings and recommendations filed May 3, 2006, are adopted in full; and
5      2. This action is dismissed
6  DATED: July 6, 2006.

                                            UNITED STATES DISTRICT JUDGE

easl1663.802